**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Confidence Trucking W/C LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3784402** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **5130 Broad St.**  **Brooksville, FL 34601**  Number, Street, City, State & ZIP Code  **Hernando**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Confidence Trucking W/C LLC**                                      Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __48__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Confidence Trucking W/C LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Confidence Trucking W/C LLC**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　 ☐ $100,000,001 - $500 million　 ☐ More than $50 billion

Debtor **Confidence Trucking W/C LLC**      Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2021**
                   MM / DD / YYYY

X **/s/ Daymis Rodriguez**                    **Daymis Rodriguez**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Herbert R. Donica**                Date **March 18, 2021**
Signature of attorney for debtor               MM / DD / YYYY

**Herbert R. Donica 841870**
Printed name

**Donica Law Firm, PA**
Firm name

**238 East Davis Blvd**
**Suite 209**
**Tampa, FL 33606**
Number, Street, City, State & ZIP Code

Contact phone   **813-878-9790**      Email address   **herb@donicalaw.com**

**841870 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Confidence Trucking W/C LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 18, 2021**     X **/s/ Daymis Rodriguez**
Signature of individual signing on behalf of debtor

**Daymis Rodriguez**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Confidence Trucking W/C LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C T Corporation System<br>330 N. Brand Boulevard<br>Suite 700<br>Attn.: SPRS<br>Glendale, CA 91203 | | Blanket lien | Contingent<br>Unliquidated<br>Disputed | Unknown | Unknown | Unknown |
| C T Corporation System<br>330 N. Brand Boulevard<br>Suite 700<br>Attn.: SPRS<br>Glendale, CA 91203 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Centennial Bank<br>PO Box 906<br>Conway, AR 72033 | | Blanket lien | Contingent<br>Unliquidated<br>Disputed | Unknown | Unknown | Unknown |
| COMMERCIAL CREDIT GROUP INC.<br>227 West Trade St<br>Suite 1450<br>Charlotte, NC 28202 | | 90 days or less: Accounts receivable | | $585,000.00 | $10,000.00 | $585,000.00 |
| COMMERCIAL CREDIT GROUP INC.<br>227 West Trade St<br>Suite 1450<br>Charlotte, NC 28202 | | Desk, chair, computer, printer and related equipment. | | $585,000.00 | $500.00 | $584,500.00 |
| Commercial Credit Group, Inc<br>227 West Trade St.<br>Suite 1450<br>Charlotte, NC 28202 | | 90 days or less: Accounts receivable | | Unknown | $10,000.00 | Unknown |

Debtor **Confidence Trucking W/C LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Commercial Credit Group, Inc**<br>227 West Trade St.<br>Suite 1450<br>Charlotte, NC 28202 | | **2014 International 8600**<br>**2014 International 8600**<br>**2006 Sterling LT8511**<br>**2016 Peterbilt 365**<br>**2016 Peterbilt 365**<br>**2016 Peterbilt 365**<br>**2016 Kenilworth T** | | **Unknown** | **$585,000.00** | **Unknown** |
| **Commercial Funding, Inc.**<br>170 Main Street<br>Suite 700<br>Salt Lake City, UT 84101 | | **90 days or less: Accounts receivable** | | **$10,000.00** | **$10,000.00** | **$10,000.00** |
| **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | | **Blanket lien** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Corporation Service Company**<br>PO Box 2576<br>Springfield, IL 62708 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Financial Pacific Leasing**<br>PO Box 4568<br>Federal Way, WA 98063 | | | | | | **$0.00** |
| **First Corporate Solutions**<br>914 S. Street<br>Sacramento, CA 95811 | | **Blanket lien** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **First Corporate Solutions**<br>914 S. Street<br>Sacramento, CA 95811 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Knight Capital Funding**<br>9 E. Lookerman St.<br>Suite 202-543<br>Dover, DE 19901 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Knight Capital Funding**<br>9 E. Lookerman St.<br>Suite 202-543<br>Dover, DE 19901 | | **Blanket Lien** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$30,163.87** | **$585,000.00** | **$30,163.87** |

Debtor   **Confidence Trucking W/C LLC**　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Financial Sol 4500 E. West Highway 6th Floor Bethesda, MD 20814** | | **Blanket lien** | **Contingent Unliquidated Disputed** | $37,000.00 | $585,000.00 | $37,000.00 |
| **U.S. Small Business Admin. Office of Disaster Assist 14925 Kingsport Road Fort Worth, TX 76155-2243** | | | | | | $8,600.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Confidence Trucking W/C LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daymis Rodriguez**<br>**8227 Galgano Lane**<br>**Spring Hill, FL 34606** | **Membership** | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 18, 2021**

Signature  **/s/ Daymis Rodriguez**  
**Daymis Rodriguez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Confidence Trucking W/C LLC**   Case No.
Debtor(s)   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 18, 2021**   **/s/ Daymis Rodriguez**
**Daymis Rodriguez**/**Managing Member**
Signer/Title

Confidence Trucking W/C LLC
5130 Broad St.
Brooksville, FL 34601

Daymis Rodriguez
8227 Galgano Lane
Spring Hill, FL 34606

U.S. Small Business Admin.
Office of Disaster Assist
14925 Kingsport Road
Fort Worth, TX 76155-2243

Herbert R. Donica
Donica Law Firm, PA
238 East Davis Blvd
Suite 209
Tampa, FL 33606

Financial Pacific Leasing
3455 S. 34th Way
Suite 300
Auburn, WA 98001

C T Corporation System
330 N. Brand Boulevard
Suite 700
Attn.: SPRS
Glendale, CA 91203

Financial Pacific Leasing
PO Box 4568
Federal Way, WA 98063

Centennial Bank
PO Box 906
Conway, AR 72033

Financial Pacific Leasing
PO Box 749642
Los Angeles, CA 90074-9642

COMMERCIAL CREDIT GROUP INC.
227 West Trade St
Suite 1450
Charlotte, NC 28202

First Corporate Solutions
914 S. Street
Sacramento, CA 95811

COMMERCIAL CREDIT GROUP INC.
525 N. Tryon Street
Suite 1000
Charlotte, NC 28202

Gerard William Rousseau
8238 Amish Lane
Brooksville, FL 34602

Commercial Credit Group, Inc
227 West Trade St.
Suite 1450
Charlotte, NC 28202

Knight Capital Funding
9 E. Lookerman St.
Suite 202-543
Dover, DE 19901

Commercial Funding, Inc.
170 Main Street
Suite 700
Salt Lake City, UT 84101

Misti Lynn Rousseau
8238 Amish Lane
Brooksville, FL 34602

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Small Business Financial Sol
4500 E. West Highway
6th Floor
Bethesda, MD 20814

# United States Bankruptcy Court
## Middle District of Florida

In re  **Confidence Trucking W/C LLC**  
_Debtor(s)_

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Confidence Trucking W/C LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 18, 2021**  
Date

**/s/ Herbert R. Donica**  
**Herbert R. Donica 841870**  
Signature of Attorney or Litigant  
Counsel for **Confidence Trucking W/C LLC**  
**Donica Law Firm, PA**  
**238 East Davis Blvd**  
**Suite 209**  
**Tampa, FL 33606**  
**813-878-9790 Fax:813-878-9746**  
**herb@donicalaw.com**